**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| Plaintiff, ) | Civil Action No.  12 cv 9509 |
| v. ) | |
| RESOURCES PLANNING GROUP, INC. AND ) | HON. EDMOND E. CHANG |
| JOSEPH J. HENNESSY, ) | MAG. JUDGE SCHENKIER |
| Defendants. ) | |

<u>**JUDGMENT AS TO DEFENDANT RESOURCES PLANNING GROUP, INC.**</u>

The Securities and Exchange Commission (Commission) having filed a Complaint and Defendant

Resources Planning Group, Inc. (Defendant RPG) having entered a general

appearance; consented to the Court's jurisdiction over Defendant RPG and the

subject matter of this action; consented to entry of this Judgment without admitting

or denying the allegations of the Complaint (except as to jurisdiction); waived

findings of fact and conclusions of law; and waived any right to appeal from this

Judgment:

I.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant RPG and its agents,

servants, employees, attorneys, and all persons in active concert or participation

with it who receive actual notice of this Judgment by personal service or otherwise,

are permanently restrained and enjoined from violating Sections 206(1) and 206(2)

of the Investment Advisers Act of 1940 (Advisers Act) [15 U.S.C. § 80b-6], by the use

of any means or instruments of transportation or communication in interstate

commerce or by the use of the mails, directly or indirectly:

    (a)    employing any device, scheme, or artifice to defraud any client or

            prospective client; or

    (b)    engaging in any transaction, practice, or course of business which

            operates as a fraud or deceit upon any client or prospective client.

II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that

upon motion of the Commission, the Court shall determine whether it is

appropriate to order disgorgement of ill-gotten gains and/or a civil penalty pursuant

to Section 209 of the Advisers Act [15 U.S.C. § 80b-9] and, if so, the amount(s) of the

disgorgement and/or civil penalty.  If disgorgement is ordered, Defendant RPG shall

pay prejudgment interest thereon, calculated from November 28, 2007, based on the

rate of interest used by the Internal Revenue Service for the underpayment of

federal income tax as set forth in 26 U.S.C. § 6621(a)(2).  In connection with the

Commission's motion for disgorgement and/or civil penalties, and at any hearing

held on such a motion: (a) Defendant RPG will be precluded from arguing that it did

not violate the federal securities laws as alleged in the Complaint; (b) Defendant

RPG may not challenge the validity of the Consent or this Judgment; (c) solely for

the purposes of such motion, the allegations of the Complaint shall be accepted as

2

and deemed true by the Court; and (d) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure. In connection with the Commission's motion for disgorgement and/or civil penalties, the parties may take discovery, including discovery from appropriate non-parties.

III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Consent of Resources Planning Group, Inc. is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant RPG shall comply with all of the undertakings and agreements set forth therein.

IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment.

Dated: September 16, 2013

_____
HONORABLE EDMOND E. CHANG
UNITED STATES DISTRICT JUDGE