# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SECURITIES AND EXCHANGE )
COMMISSION,

Plaintiff(s),

v.

RESOURCES PLANNING GROUP, INC., )
AND JOSEPH J. HENNESSY,

Defendant(s).

Case No. 12 C 9509
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiff Securities and Exchange Commission against Joseph Hennessy in the amount of $2,277,295.16 in disgorgement, $373,570.43 in prejudgment interest, and $520,000 in civil penalties. Judgment entered in favor of Plaintiff Securities and Exchange Commission against Resources Planning Group, Inc. in the amount of $201,015.92 in disgorgement, prejudgment interest on that amount, and $260,000 in civil penalties.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for summary judgment.

Date:  9/29/2014　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk